**WADE CLARK MULCAHY** | ATTORNEYS

111 Broadway | New York | NY 10006 | 212.267.1900 | 212.267.9470 Fax | www.wcmlaw.com

October 5, 2015

*Via Court ECF Filing System and Hand Delivery*

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007



Re:   Bruce Silverstein and Bruce Silverstein Gallery, LLC v. XL Specialty Insurance Company
      Case No.: 15-CV-6818 (VEC)

Dear Judge Caproni:

We enclose courtesy copies of Respondent, XL Specialty Insurance Company's Memorandum in Opposition to Petitioner's Petition to Vacate Appraisal Award and Affirmation of Dennis M. Wade in Support of XL's Opposition in the above-noted matter. The exhibits may be found in the enclosed CD. These documents were electronically filed on the Court's ECF filing system on Friday, October 2, 2015.

Thank you for your attention to this matter. Please call if you have any questions.

Respectfully submitted,

WADE CLARK MULCAHY

Dennis M. Wade
DMW/MAG/sc
*Enclosure*
K:\7799\oc\10.05.15 ltr to Judge Caproni.docx

cc:   ***By Hand Delivery***
      Joshua L. Mallin, Esq.
      Gina M. Santangelo, Esq.
      Weg and Myers, P.C.
      Federal Plaza
      52 Duane Street
      New York, New York 10007